371 A.2d 503
Cima, Appellant, v. Gouse et ux.

Argued September 13, 1976. Kenneth E. Aaron, for appellant; Joseph A. Hagerty, for appellees.

Order affirmed.

371 A.2d 503
Coe v. Berry et al., Appellants.

Argued September 17, 1976. Lawrence E. Wood, with him Wood, Parke & Barnes, for appellants; Reeder R. Fox, with him Gene E. K. Bruton, for appellee.

Decree affirmed.